# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142183

GEORGE H. YOUNG,
        Plaintiff-Appellant,

v

OAKLAND COUNTY, OAKLAND COUNTY
BOARD OF COMMISSIONERS, OAKLAND
COUNTY DRAIN COMMISSIONER'S
OFFICE, and VILLAGE OF HOLLY,
        Defendants-Appellees.

SC: 142183
COA: 293066
Oakland CC: 2008-094214-CZ

_____/

On order of the Court, the application for leave to appeal the October 19, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

d0418